**JOHN MAJOR v. EMMA MAJOR**

25 So. (2nd) 82                                January Term, 1946
March 5, 1946                                  Division A

*Roach & Hoyl,* for appellant.

*Ella Jo Stollberg,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

**J. G. ANDERSON v. T. MABRY CARLTON and Wife, SEPTA CARLTON, J. B. ALTMAN and R. E. RAULERSON.**

25 So. (2nd) 82                                January Term, 1946
March 5, 1946                                  Division A

*Leitner & Leitner,* for appellant.

*J. Lewis Hall* and *W. W. Whitehurst,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.